# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | Case No. 3:12CR102 |
| | : Judge Timothy S. Black |
| v. | |
| | : |
| ISSA KANTE | |
| | : |
| Defendant. | |
| | : |

## ORDER GRANTING THE UNITED STATES' MOTION TO AMEND JUDGMENT IN REGARD TO FORFEITURE (Doc. 5) AND AMENDING JUDGMENT IN REGARD TO FORFEITURE PURSUANT TO CRIMIINAL RULE 36

This matter having come before the Court upon the United States' Motion to Amend Judgment to include forfeiture (Doc. 50), and the Defendant having no objection to the Motion of the United States (Doc. 58), IT IS HEREBY ORDERED THAT:

1. The Judgment entered on March 8, 2013, is hereby amended to include the provision that the Defendant shall forfeit to the United States the contents of the accounts listed in Exhibit B to the Plea Agreement and a Money Judgment in the amount of $196,425.00 pursuant to 18 U.S.C. § 982(a)(2) and (6)(A).

2. All other terms of the Judgment shall remain the same.

Dated: 7/25/2013

SO ORDERED:

_Timothy S. Black_
HONORABLE TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE